Motion Granted; Appeal Dismissed and Memorandum
Opinion filed April 7, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00556-CV

____________

 

JAMES STEVEN BROWNHILL, Appellant

 

V.

 

MELINDA JANICE BROWNHILL, Appellee

 



 

On Appeal from the 280th District Court

Harris County, Texas

Trial Court Cause No. 2010-09662

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a protective order signed March 10, 2010.  On March 22, 2011, appellant
filed a notice of non-suit, which we construe as a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Frost and Christopher.